1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>Plaintiff,<br><br>vs.<br><br>KCB RE, L.P., a California Limited Partnership; KCB RE, Inc., a California Corporation; E5quire Inc., a California Corporation; and Does 1-10,<br><br>Defendants. | Case No. 2:20-cv-01950-KS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed:  February 28, 2020<br>Trial Date:           None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Brian Whitaker's claims and causes of action as alleged in the above-referenced action.

2. Defendants are to bear their respective costs, fees, attorneys' fees, and expenses as against Plaintiff.

3. Plaintiff is to bear Plaintiff's respective costs, fees, attorneys' fees, and expenses as against Defendants.

**IT IS SO ORDERED.**

Dated: April 27, 2020

*/s/ Karen L. Stevenson*
Judge Karen L. Stevenson
United States Magistrate Judge